IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| JERRY LEE FLORES | § | |
| VS. | § | CIVIL ACTION NO. 5:14cv19 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION REGARDING VENUE

Petitioner Jerry Lee Flores, an inmate confined in the Telford Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## Discussion

Petitioner states that in 2002 he was convicted of various criminal offenses in the 372nd District Court of Tarrant County, Texas.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. This section further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Tarrant County, Texas. Pursuant to 28 U.S.C. § 124, Tarrant County is in the Fort Worth Division of the Northern District of Texas. As the records and witnesses concerning petitioner's convictions will be located in

the Northern District, the Court is of the opinion that the transfer of this action to the Northern District would further justice.

Accordingly, this case will be transferred to the Fort Worth Division of the United States District Court for the Northern District of Texas.  A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED this 18th day of March, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE